UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| STEPHANIE SLOMAN, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | ) NO.: |
| | ) |
| GOVERNOR SUSANA MARTINEZ, individually | ) |
| and as Governor of the State of New Mexico; STATE | ) |
| OF NEW MEXICO; STATE OF NEW MEXICO | ) |
| DEPARTMENT OF FINANCE AND ADMINISTRATION; | ) |
| STATE OF NEW MEXICO DEPARTMENT OF | ) |
| CORRECTIONS; DUFFY RODRIGUEZ, individually | ) |
| and as Cabinet Secretary; GILBERT KOMETA, | ) |
| individually and as Central Payroll Bureau Chief; | ) |
| REBECCA JACKSON, individually and as Legal | ) |
| Counsel; STEVE GONZALES, individually and as | ) |
| Deputy Cabinet Secretary; and BRENDA GUETHS, | ) |
| individually and as Human Resources Bureau Chief; and | ) |
| YET-TO-BE-IDENTIFIEDCO-CONSPIRATORS, | ) |
| | ) |
|     Defendants. | ) |

## NOTICE OF REMOVAL OF ACTION

Pursuant to 28 U.S.C. § 1441(b) and 1446(a), Defendants Governor Susana Martinez and State of New Mexico Department of Finance and Administration (hereinafter referred to as "Defendants"), through their attorneys SaucedoChavez, P.C. (Christopher T. Saucedo, Esq.), hereby remove this civil action from the First Judicial District Court of Santa Fe County, New Mexico entitled Stephanie Sloman v. Governor Susana Martinez, individually and as Governor of the State of New Mexico; State of New Mexico; State of New Mexico Department of Finance and Administration; State of New Mexico Department of Corrections; Duffy Rodriguez, individually and as Cabinet Secretary; Gilbert Kometa, individually and as Central Payroll Bureau Chief;

NOTICE OF REMOVAL - Page 1

<u>Rebecca Jackson, individually and as Legal Counsel; Steve Gonzales, individually and as Deputy Cabinet Secretary; and Brenda Gueths, individually and as Human Resources Bureau Chief; and Yet-To-Be-Identified Co-Conspirators</u> and docketed as Case Number D-101-CV-2017-01444, to the United States District Court for the District of New Mexico.  In Support of this removal, Defendants state as follows:

1.      This civil action was originally commenced by Plaintiff against Defendants Governor Susana Martinez**,** individually and as Governor of the State of New Mexico and State of New Mexico Department of Finance and Administration on May 24, 2017, in the First Judicial District Court of Santa Fe County.

2.      This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by State Defendants pursuant to the provisions of 28 U.S.C. § 1441(b) in that Plaintiffs allege violations of their rights under Title VII of the Civil Rights Act of 1964, 42 U.S.C., Section 2000D, et seq.

3.      Defendants were served with copies of the Complaint and this Notice of Removal is filed within 30 days after Defendants received a copy of the Complaint and thus is timely filed pursuant to 28 U.S. C. § 1446(b).

4.      All other party Defendants to this action consent to removal.

5.      In accordance with 28 U.S.C. § 1446(b) Defendants will provide written notice of removal to Plaintiff and will file a copy of the Notice of Removal with the Clerk of the First Judicial District Court of Santa Fe County, New Mexico.

6.      Defendants, contemporaneously with the filing of this Notice, submitted copies of all process, pleadings, and orders served upon Defendants in the action pending in state court.  This material is attached hereto as Exhibits "A" and "B."

7.      Defendants attach this Court's Civil Cover Sheet to this Notice as Exhibit "C."

**WHEREFORE,** Defendants respectfully removes this action to this Court for further proceedings according to law.

Dated: June 14, 2017

Respectfully submitted,

**SAUCEDOCHAVEZ, P.C.**

By: /s/ Christopher T. Saucedo
        Christopher T. Saucedo
Post Office Box 30046
Albuquerque, NM 87109
T:  (505) 338-3945
Email:
csaucedo@saucedochavez.com

*COUNSEL for Governor Martinez and State of New Mexico Department of Finance and Administration*

**NOTICE OF REMOVAL - Page   3**

We hereby certify that the foregoing was filed electronically through the CM/ECF system on June 14, 2017, which caused the following counsel of record to be served by electronic means:

Merit Bennett
**The Bennett Law Group, LLC**
460 St. Michael's Drive, Ste. 703
Santa Fe, NM 87505
Ph: (505) 983-9834
EM: mb@thebennettlawgroup.com

*COUNSEL for Plaintiff Stephanie Sloman*

By: /s/ Christopher T. Saucedo
        Christopher T. Saucedo